Rhode Island Hospital Trust Company, as Trustee, Respondent, *v.* Claude Neon, Inc., Appellant.

Submitted October 20, 1952.

*Harold I. Meyerson* for motion.

*Abraham Rotwein* for appellant.

Motion withdrawn.